IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John E. Wade, ) | Case No. 19-24159 CMB |
| ) | Chapter 13 |
| Debtor ) | |
| ) | |
| John E. Wade, ) | Related to: Document No. 29 |
| ) | |
| Movant ) | **ENTERED BY DEFAULT** |
| ) | |
| vs. ) | |
| ) | |
| Midland Funding, LLC, ) | |
| ) | |
| Respondent ) | |

## ORDER OF COURT

AND NOW, to wit, this __28th__ day of __January__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent, Midland Funding, LLC, against the Debtor at Allegheny case number GD-16-3304 in the amount of $1,878.25 is a avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/28/20 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24159-CMB
John E. Wade                                                              Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-2           User: gamr                  Page 1 of 1              Date Rcvd: Jan 28, 2020
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db             +John E. Wade,    8976 Eastwood Road,    Pittsburgh, PA 15235-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-1
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin M Buttery    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-1
           kbuttery@rascrane.com
          Lauren M. Lamb    on behalf of Debtor John E. Wade
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7