| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **John E. Wade** | | Social Security number or ITIN | **xxx–xx–9091** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter 13 | 10/25/19 |
| Case number: | 19–24159–CMB | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John E. Wade | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8976 Eastwood Road<br>Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney**<br>Name and address | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: llamb@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/31/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/23/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/3/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/22/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/24/20** at **10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24159-CMB
John E. Wade                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha                  Page 1 of 3                  Date Rcvd: Jul 31, 2020
                              Form ID: 309I               Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db         +John E. Wade,   8976 Eastwood Road,   Pittsburgh, PA 15235-1401
aty        +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Jennifer L. Cerce,   Maiello Brungo & Maiello,   Southside Works,   424 S. 27th Street, Ste 210,
             Pittsburgh, PA 15203-2380
aty        +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1945
aty        +Kevin M Buttery,   RAS Crane,   10700 Abbotts Bridge Road,   Suite 170,   Duluth, GA 30097-8461
aty        +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
tr         +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
cr         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
15146065   ++AMERICAN WEB LOAN,   3910 W 6TH AVE,   STILLWATER OK 74074-1745
            (address filed with court: American Web Loan,   3910 W. 6th Avenue,   Box 277,
             Stillwater, OK 74074)
15146062   +Affiliate Asset Solutions,   145 Technology Parkway NW Suite 100,   Norcross, GA 30092-3536
15146063   +Allegheny Clinic Radiology,   PO Box 1198,   Somerset, PA 15501-0336
15146064   +Allegheny Health Network,   PO Box 645266,   Pittsburgh, PA 15264-5250
15146072   +Eos Cca,   Attn: Bankruptcy,   700 Longwater Dr,   Norwell, MA 02061-1624
15146071   +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
15146075   +Escallate LLC,   PO Box 645425,   Cincinnati, OH 45264-5425
15146079   +First Progress,   Attn: Bankruptcy,   Po Box 9053,   Johnson City, TN 37615-9053
15146082   +KML Law Group,   Suite 500,   701 Market Street,   Philadelphia, PA 19106-1538
15146083   +KML Law Group,   Suite 5000 - BNY Mellon,   701 Market Street,   Philadelphia, PA 19106-1538
15146084   +Maiello Brungo & Maiello Attorney at Law,   100 Purity Road,   Suite 3,
             Pittsburgh, PA 15235-4441
15146087   +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
15146086   +Mr. Cooper,   350 Highland,   Houston, TX 77009-6623
15167900   +NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1,   ATTN: Bankruptcy Dept,   PO Box 619096,
             Dallas TX 75261-9096
15170071    Pendrick Capital Partners, LLC,   Peritus Portfolio Services II, LLC,   PO BOX 141419,
             IRVING, TX  75014-1419
15157980   +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
             Pittsburgh, PA 15235-4441
15146088   +Penn Hills School District,   Berkheimer Tax Administrator,   50 N. Seventh Street,
             Bangor, PA 18013-1731
15146089   +People's Gas,   375 North Shore Drive,   Bankruptcy Department,   Pittsburgh, PA 15212-5866
15146090   +Pine Account,   5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
15146095   +State Collection Services, Inc.,   PO Box 6250,   Madison, WI 53716-0250
15155147    THE HUNTINGTON NATIONAL BANK,   PO BOX 889424,   CLEVELAND, OH 44101-8539
15146099   +Van Ru Credit Corp.,   4839 N. Elston Ave.,   Chicago, IL 60630-2534
15146102    Wilkinsburg-Penn Joint Water Authority,   2200 Robinson Boulevard,   Pittsburgh, PA 15221-1193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: llamb@steidl-steinberg.com Aug 01 2020 04:27:04      Lauren M. Lamb,
             Steidl & Steinberg,   707 Grant Street,   28th Floor - Gulf Tower,   Pittsburgh, PA  15219
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2020 04:28:03
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2020 04:28:03      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 01 2020 04:28:15
             Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr         +EDI: PRA.COM Aug 01 2020 07:48:00      PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
cr         +E-mail/Text: bankruptcy@huntington.com Aug 01 2020 04:28:11      The Huntington National Bank,
             PO Box 89424,   Cleveland, OH 44101-6424
15146065    E-mail/Text: bankruptcy@americanwebloan.com Aug 01 2020 04:27:26      American Web Loan,
             3910 W. 6th Avenue,   Box 277,   Stillwater, OK 74074
15172110   +EDI: ATLASACQU.COM Aug 01 2020 07:48:00      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
15146070    E-mail/Text: kburkley@bernsteinlaw.com Aug 01 2020 04:28:58      Duquesne Light,   PO Box 10,
             Pittsburgh, PA 15230
15146066   +EDI: CAPITALONE.COM Aug 01 2020 07:48:00      Capital One,   Po Box 30281,
             Salt Lake City, UT 84130-0281
15146067   +EDI: CAPITALONE.COM Aug 01 2020 07:48:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
15146068   +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2020 04:35:46      Credit One Bank,
             Po Box 98872,   Las Vegas, NV 89193-8872
15146069   +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2020 04:35:43      Credit One Bank,
             Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
```

```
District/off: 0315-2              User: nsha                  Page 2 of 3                   Date Rcvd: Jul 31, 2020
                                  Form ID: 309I               Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15176053       +E-mail/Text: kburkley@bernsteinlaw.com Aug 01 2020 04:28:58      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15146073       +E-mail/Text: bknotice@ercbpo.com Aug 01 2020 04:28:26      ERC/Enhanced Recovery Corp,
                 Po Box 57547,   Jacksonville, FL 32241-7547
15146074       +E-mail/Text: bknotice@ercbpo.com Aug 01 2020 04:28:26      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
15146077       +EDI: BLUESTEM Aug 01 2020 07:48:00      Fingerhut,   Attn: Bankruptcy,   Po Box 1250,
                 Saint Cloud, MN 56395-1250
15146076       +EDI: BLUESTEM Aug 01 2020 07:48:00      Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
15146081       +E-mail/Text: bankruptcy@huntington.com Aug 01 2020 04:28:11      Huntington Natl Bk,
                 Attn: Bankruptcy,    P.O. Box 340996,   Columbus, OH 43234-0996
15146080       +E-mail/Text: bankruptcy@huntington.com Aug 01 2020 04:28:11      Huntington Natl Bk,
                 Po Box 1558,   Columbus, OH 43216-1558
15176613        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2020 04:35:05       LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15177020       +EDI: MID8.COM Aug 01 2020 07:48:00      Midland Funding LLC,   Po Box 2011,
                 Warren MI 48090-2011
15163154        E-mail/Text: peritus@ebn.phinsolutions.com Aug 01 2020 04:29:05
                 PERITUS PORTFOLIO SERVICES II,    PO BOX 141419,   IRVING, TX  75014-1419
15146091        EDI: PRA.COM Aug 01 2020 07:48:00      Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
15146093        EDI: PRA.COM Aug 01 2020 07:48:00      Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,   Norfold, VA 23502
15167814        EDI: PRA.COM Aug 01 2020 07:48:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
15146973       +EDI: RMSC.COM Aug 01 2020 07:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15146097       +EDI: WTRRNBANK.COM Aug 01 2020 07:48:00      Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
15146096       +EDI: WTRRNBANK.COM Aug 01 2020 07:48:00      Target,   Po Box 673,   Minneapolis, MN 55440-0673
15146098       +E-mail/Text: bankruptcydepartment@tsico.com Aug 01 2020 04:28:53       Transworld Systems, Inc.,
                 500 Virginia Drive Suite 514,   Fort Washington, PA 19034-2733
15179036       +E-mail/Text: peritus@ebn.phinsolutions.com Aug 01 2020 04:29:05
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,   Irving, TX 75014-1419
15146100       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 01 2020 04:28:17
                 Westlake Financial Services,   4751 Wilshire Bvld,   Los Angeles, CA 90010-3847
15146101       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 01 2020 04:28:17
                 Westlake Financial Services,   Attn: Bankruptcy,   Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              New Residential Mortgage Loan Trust 2018-1
15146085        Mdg Us Inc/capital Com
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
15146092*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
15146094*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,
                 Norfold, VA 23502)
15146078      ##+First Progress,   P.o. Box  84010,   Columbus, GA 31908-4010
                                                                                        TOTALS: 2, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: nsha                 Page 3 of 3         Date Rcvd: Jul 31, 2020
                              Form ID: 309I              Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-1
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    New Residential Mortgage Loan Trust 2018-1
               kbuttery@rascrane.com
              Lauren M. Lamb    on behalf of Debtor John E. Wade
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```