IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade, | ) | |
| | ) | Case No. 19-24159 CMB |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-9091 | ) | |
| | ) | |
| *Debtor(s)* | ) | Document No. WO-1 |
| | ) | |
| John E. Wade, | ) | |
| | ) | Related to Docket No. 43 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Charter Foods North, LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 25, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Charter Foods North, LLC
Attn: Payroll Dept.
PO Box 430
Talbott, TN 37877

John Wade
8976 Eastwood Road
Pittsburgh, PA 15235

Date of Service: August 25, 2020        /s/ Lauren M. Lamb
                                                     Lauren M. Lamb, Esquire
                                                     Attorney for the Debtor

                                                     STEIDL & STEINBERG
                                                     Suite 2830, Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA 15219
                                                     (412) 391-8000
                                                     Llamb@steidl-steinberg.com
                                                     PA I.D. No. 209201