IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade, | ) | |
| | ) | Case No. 19-24159 CMB |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-9091 | ) | |
| | ) | |
| *Debtor(s)* | ) | Document No. WO-1 |
| | ) | |
| John E. Wade, | ) | |
| | ) | Related to Docket No. 59 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Charter Foods North, LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 28, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Charter Foods North, LLC
Attn: Payroll Dept.
PO Box 430
Talbott, TN 37877

John Wade
8976 Eastwood Road
Pittsburgh, PA 15235

Date of Service: October 28, 2020          /s/ Lauren M. Lamb
                                           Lauren M. Lamb, Esquire
                                           Attorney for the Debtor

                                           STEIDL & STEINBERG
                                           Suite 2830, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           Llamb@steidl-steinberg.com
                                           PA I.D. No. 209201