IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )
John E. Wade,                                   )
                                                )       Case No. 19-24159 CMB
                                                )       Chapter 13
Social Security No. XXX-XX-9091                 )
                                                )
            *Debtor(s)*                         )       Document No. WO-1
                                                )
John E. Wade,                                   )        RElated to:  Document No. 57
                                                )
            *Movant*                            )
                                                )
            *vs.*                               )
                                                )
Charter Foods North, LLC and                    )
Ronda J. Winnecour, Trustee,                    )
                                                )
            *Respondent(s)*                     )

**<u>AMENDED ORDER TO PAY TRUSTEE</u>**


        The above-named debtor having filed a Chapter 13 petition

        IT IS THEREFORE, ORDERED that until further order of this Court, the entity
from whom the debtor receives income:


                **Charter Foods North, LLC**
                **Attn: Payroll Dept.**
                **PO Box 430**
                **Talbott, TN 37877**

deduct from said income the sum of **<u>$676.00</u> from each bi-weekly paycheck** beginning
on the next pay day following receipt of this order and deduct a similar amount each pay
period thereafter, including any period for which the debtor receives a periodic or lump
sum payment as a result of vacation, termination or other benefits arising out of present
or past employment, or from any other benefits payable to the debtor and to remit the
deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda Winnecour
Chapter 13 Trustee, W.D.PA
P.O. Box 84051
Chicago, IL. 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated:  October 27, 2020

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
10/27/20 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 19-24159-CMB

John E. Wade                                                                                            Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID                   Recipient Name and Address**
db                      +  John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401
                        +  Charter Foods North, LLC, Attn: Payroll Dept., PO Box 430, Talbott, TN 37877-0430

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                      on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bnicholas@kmllawgroup.com

Jennifer L. Cerce
                      on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
                      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin M Buttery
                      on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com

Lauren M. Lamb
                      on behalf of Debtor John E. Wade
                      julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;Lamb
                      LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

District/off: 0315-2                                    User: gamr                                         Page 2 of 2
Date Rcvd: Oct 27, 2020                           Form ID: pdf900                                  Total Noticed: 2

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

                                cmecf@chapter13trusteewdpa.com

S. James Wallace

                                on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com


TOTAL: 8