# PROCEEDING MEMO

**Date: 03/15/2021 10:00 am**

**In re:   John E. Wade**

                                                 **Bankruptcy No. 19-24159-CMB**
                                                 **Chapter: 13**
                                                 **Doc. # 52**

**Appearances: Ronda Winnecour, Maria Miksich, Abagale Steidl**

**Nature of Proceeding: #52 Continued Motion for Relief from the Automatic Stay and Co-Debtor Stay (Creditor: New Residential Mortgage Loan Trust 2018-1 - 8976 Eastwood Road, Pittsburgh, PA 15235)**

**Additional Pleadings: #62 Response by Debtor**
                            **#64 Proceeding Memo from 11/10/2020 Telephonic Hearing Held 11/10/2021 - Continued to Zoom Haring on 01/06/2021 at 2:00 p.m.**
                            **#66 Proceeding Memo from 01/06/2021 Zoom Hearing - Continued to 03/15/2021 at 10:00 a.m.  Matter continued to see if additional payments are made. Relief From stay will be granted if substantial payments are not made**

**Judge's Notes:**
 -Miksich: Partial payments have been made but Debtor is still behind. Plan is not feasible so requesting relief from stay.
-Steidl: Payments for January and February were very close to being complete payments. Debtor is trying to make payments. Recovering from massive heart attack. Amended wage attachment was served on employer for as soon as he goes back to work.
OUTCOME: Continued to 5/11 at 1:30 pm.

                                                      **Carlota Böhm**
                                                      **Chief U.S. Bankruptcy Judge**

FILED
3/15/21 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24159-CMB |
| John E. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Mar 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 17, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com |
| Lauren M. Lamb | on behalf of Debtor John E. Wade julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2      User: gamr      Page 2 of 2
Date Rcvd: Mar 15, 2021      Form ID: pdf900      Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8