**Date: 05/11/2021 01:30 pm**

**In re:    John E. Wade**

                                **Bankruptcy No. 19-24159-CMB**
                                **Chapter: 13**
                                **Doc. # 52**

**Appearances: Kate DeSimone, Maria Miksich, Chris Frye**

**Nature of Proceeding: #52 Continued Motion For Relief From the Automatic Stay and Co-Debtor Stay (Creditor: New Residential Mortgage Loan Trust 2018-1 - 8976 Eastwood Road, Pittsburgh, PA 15235)**

**Additional Pleadings: #62 Response by Debtor**
        **#64 Proceeding Memo from 11/10/2020 Telephonic Hearing Held 11/10/2021 - Continued to Zoom Hearing on 01/06/2021 at 2:00 p.m.**
        **#66 Proceeding Memo from 01/06/2021 Zoom Hearing - Continued to 03/15/2021 at 10:00 a.m. Matter continued to see if additional payments are made. Relief From Stay will be granted if substantial payments are not made.**
        **#68 Proceeding Memo from 03/15/2021 Hearing - Continued to 05/11/2021 at 1:30 p.m.**

**Judge's Notes:**
-Frye: Debtor is in an assisted living facility. Relative, who may also become POA, set up a biweekly deduction from bank account to cover payments. Payments have been regularly made since January. Payments are a tiny bit short each month because they are biweekly payments.
-Miksich: Concerned payments are only partial payments. Payments are causing arrears.
-Frye: Will increase payments to make sure plan arrears are covered.
OUTCOME: Continued to 7/14 at 1:30 pm.
-Attorney Frye to increase payments so arrears are cured.

                                **Carlota Böhm**
                                **Chief U.S. Bankruptcy Judge**

                              FILED
                              5/11/21 4:48 pm
                              CLERK
                              U.S. BANKRUPTCY
                              COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24159-CMB |
| John E. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 13, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com |
| Lauren M. Lamb | on behalf of Debtor John E. Wade julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8