**PROCEEDING MEMO**

**Date: 07/14/2021 01:30 pm**

**In re:   John E. Wade**

**Bankruptcy No. 19-24159-CMB**
**Chapter: 13**
**Doc. # 52**

**Appearances: Owen Katz, Christopher Frye, Brian Nicholas**

**Nature of Proceeding: #52 Continued Hearing Re: Motion For Relief From the Automatic Stay and Co-Debtor Stay (Creditor: New Residential Mortgage Loan Trust 2018-1 - 8976 Eastwood Road, Pittsburgh, PA 15235)**

**Additional Pleadings:  #62 Response by Debtor**
    **#64 Proceeding Memo from 11/10/2020 Telephonic Hearing Held 11/10/2021 - Continued to Zoom Hearing on 01/06/2021 at 2:00 p.m.**
    **#66 Proceeding Memo from 01/06/2021 Zoom Hearing - Continued to 03/15/2021 at 10:00 a.m.  Matter continued to see if additional payments are made. Relief from Stay will be granted if substantial payments are not made**
    **#68 Proceeding Memo from 03/15/2021 Zoom Hearing - Continued to 05/11/2021 at 1:30 p.m.**
    **#70 Proceeding Memo from 05/11/2021 Zoom Hearing - Continued to 07/14/2021 at 1:30 p.m.  Attorney Frye to increase payments so arrears are cured.**

**Judge's Notes:**
   OUTCOME: Continued to 9/14 at 2:30 pm.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
7/15/21 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA