Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John E. Wade**
   Debtor(s)

Bankruptcy Case No.: 19-24159-CMB

Chapter: 13
Docket No.: 77 – 76
Concil. Conf.: October 14, 2021 at 09:00 AM

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __27th__ day of __August__, __2021__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

   All parties listed on the attached mailing matrix.

Executed on __August 27, 2021__     __/s/ Lauren M. Lamb__
           (Date)                         (Signature)

Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Affiliate Asset Solutions              Allegheny Clinic Radiology
0315-2                                   145 Technology Parkway NW Suite 100    PO Box 1198
Case 19-24159-CMB                        Norcross, GA 30092-3536                Somerset, PA 15501-0336
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Aug 26 14:51:17 EDT 2021

Allegheny Health Network                 (p)AMERICAN WEB LOAN                   (p)ATLAS ACQUISITIONS LCC
PO Box 645266                            3910 W 6TH AVE                         492C CEDAR LANE SUITE 442
Pittsburgh, PA 15264-5250                STILLWATER OK 74074-1745               TEANECK NJ 07666-1713


Kevin M Buttery                          Capital One                            Capital One
RAS Crane                                Attn: Bankruptcy                       Po Box 30281
10700 Abbotts Bridge Road                Po Box 30285                           Salt Lake City, UT 84130-0281
Suite 170                                Salt Lake City, UT 84130-0285
Duluth, GA 30097-8461


Jennifer L. Cerce                        Credit One Bank                        Credit One Bank
Maiello Brungo & Maiello                 Attn: Bankruptcy Department            Po Box 98872
Southside Works                          Po Box 98873                           Las Vegas, NV 89193-8872
424 S. 27th Street, Ste 210              Las Vegas, NV 89193-8873
Pittsburgh, PA 15203-2380


(p)BERNSTEIN LAW FIRM                    Duquesne Light Company                 ERC/Enhanced Recovery Corp
707 GRANT ST                             c/o Bernstein-Burkley, P.C.            Attn: Bankruptcy
STE 2200 GULF TOWER                      707 Grant Street, Suite 2200, Gulf Tower  8014 Bayberry Road
PITTSBURGH PA 15219-1900                 Pittsburgh, PA 15219-1945              Jacksonville, FL 32256-7412


ERC/Enhanced Recovery Corp               Keri P. Ebeck                          Eos Cca
Po Box 57547                             Bernstein-Burkley                      Attn: Bankruptcy
Jacksonville, FL 32241-7547              601 Grant Street, 9th Floor            700 Longwater Dr
                                         Pittsburgh, PA 15219-4430              Norwell, MA 02061-1624


Eos Cca                                  Escallate LLC                          Fingerhut
Po Box 981008                            PO Box 645425                          6250 Ridgewood Road
Boston, MA 02298-1008                    Cincinnati, OH 45264-5425              Saint Cloud, MN 56303-0820


(p)JEFFERSON CAPITAL SYSTEMS LLC         First Progress                         First Progress
PO BOX 7999                              Attn: Bankruptcy                       P.o. Box 84010
SAINT CLOUD MN 56302-7999                Po Box 9053                            Columbus, GA 31908-4010
                                         Johnson City, TN 37615-9053


Huntington Natl Bk                       Huntington Natl Bk                     KML Law Group
Attn: Bankruptcy                         Po Box 1558                            Suite 500
P.O. Box 340996                          Columbus, OH 43216-1558                701 Market Street
Columbus, OH 43234-0996                                                         Philadelphia, PA 19106-1541


KML Law Group                            LVNV Funding, LLC                      Lauren M. Lamb
Suite 5000 - BNY Mellon                  Resurgent Capital Services             Steidl & Steinberg
701 Market Street                        PO Box 10587                           707 Grant Street
Philadelphia, PA 19106-1541              Greenville, SC 29603-0587              28th Floor - Gulf Tower
                                                                                Pittsburgh, PA 15219-1908
```

```
Maiello Brungo & Maiello Attorney at Law    Midland Funding LLC                      Mr. Cooper
100 Purity Road                             Po Box 2011                              350 Highland
Suite 3                                     Warren MI 48090-2011                     Houston, TX 77009-6623
Pittsburgh, PA 15235-4441


Mr. Cooper                                  NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1   Brian Nicholas
Attn: Bankruptcy                            ATTN: Bankruptcy Dept                        KML Law Group, P.C.
8950 Cypress Waters Blvd                    PO Box 619096                                701 Market Street
Coppell, TX 75019-4620                      Dallas TX 75261-9096                         Suite 5000
                                                                                         Philadelphia, PA 19106-1541


Office of the United States Trustee         PERITUS PORTFOLIO SERVICES II            PRA Receivables Management, LLC
Liberty Center.                             PO BOX 141419                            PO Box 41021
1001 Liberty Avenue, Suite 970              IRVING, TX  75014-1419                   Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721


Penn Hills School District                  Penn Hills School District               Pennsylvania Department of Revenue
c/o Maiello Brungo & Maiello, LLP           Berkheimer Tax Administrator             Bankruptcy Division
100 Purity Road                             50 N. Seventh Street                     P.O. Box 280946
Suite 3                                     Bangor, PA 18013-1731                    Harrisburg, PA 17128-0946
Pittsburgh, PA 15235-4441


Pennsylvania Dept. of Revenue               People's Gas                             Peoples Natural Gas Company LLC
Department 280946                           375 North Shore Drive                    c/o S. James Wallace, P.C.
P.O. Box 280946                             Bankruptcy Department                    845 N. Lincoln Ave.
ATTN: BANKRUPTCY DIVISION                   Pittsburgh, PA 15212-5866                Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946


Pine Account                                (p)PORTFOLIO RECOVERY ASSOCIATES LLC     (p)STATE COLLECTION SERVICE INC
5171 Liberty Avenue                         PO BOX 41067                             2509 S STOUGHTON RD
Pittsburgh, PA 15224-2254                   NORFOLK VA 23541-1067                    MADISON WI 53716-3314


Synchrony Bank                              THE HUNTINGTON NATIONAL BANK             Target
c/o of PRA Receivables Management, LLC      PO BOX 889424                            Attn: Bankruptcy
PO Box 41021                                CLEVELAND, OH 44101-8539                 Po Box 9475
Norfolk, VA 23541-1021                                                               Minneapolis, MN 55440-9475


Target                                      The Huntington National Bank             Transworld Systems, Inc.
Po Box 673                                  PO Box 89424                             500 Virginia Drive Suite 514
Minneapolis, MN 55440-0673                  Cleveland, OH 44101-6424                 Fort Washington, PA 19034-2733


Van Ru Credit Corp.                         John E. Wade                             S. James Wallace
4839 N. Elston Ave.                         8976 Eastwood Road                       GRB Law
Chicago, IL 60630-2534                      Pittsburgh, PA 15235-1401                Frick Building, 437 Grant Street
                                                                                     14th Floor
                                                                                     Pittsburgh, PA 15219


Westlake - C/O Peritus Portfolio Services   Westlake Financial Services              Westlake Financial Services
P.O. Box 141419                             4751 Wilshire Bvld                       Attn: Bankruptcy
Irving, TX 75014-1419                       Los Angeles, CA 90010-3847               Po Box 76809
                                                                                     Los Angeles, CA 90076-0809
```

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Boulevard
Pittsburgh, PA 15221-1193

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Web Loan
3910 W. 6th Avenue
Box 277
Stillwater, OK 74074

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Duquesne Light
PO Box 10
Pittsburgh, PA 15230

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

(d)Pendrick Capital Partners, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX  75014-1419

Portfolio Recovery
120 Corporate Blvd Ste 100
Norfolk, VA 23502

(d)Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

State Collection Services, Inc.
PO Box 6250
Madison, WI 53716


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)Mdg Us Inc/capital Com

(u)New Residential Mortgage Loan Trust 2018-1

(d)Penn Hills School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

End of Label Matrix
Mailable recipients    61
Bypassed recipients     4
Total                  65