UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                  CASE NO.: 19-24159-CMB
                                                                                  CHAPTER 13

**John E. Wade,**

        **Debtor.**

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of New Residential Mortgage Loan Trust 2018-1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Objection to Confirmation of Plan dated 10/25/2019 (Doc. 21), filed on 12/4/2019.**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170,
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112

                                             By: /s/Charles Wohlrab
                                                  Charles Wohlrab, Esq.
                                                  Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___August 31, 2021___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

John E. Wade
8976 Eastwood Road
Pittsburgh, PA 15235

And via electronic mail to:

Lauren M. Lamb
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222