**PROCEEDING MEMO**

**Date: 11/10/2021 10:00 am**

 **In re:    John E. Wade**

**Bankruptcy No. 19-24159-CMB**
**Chapter: 13**
**Doc. # 52**

**Appearances:  Maria Miksich, Esq.**
**Julie Steidl, Esq.**
**Owen Katz**

**Nature of Proceeding: #52 Continued Hearing Re: Motion For Relief From**
**the Automatic Stay and Co-Debtor Stay**
**(Creditor: New Residential Mortgage Loan**
**Trust 2018-1 - 8976 Eastwood Road, Pittsburgh, PA 15235)**

**Additional Pleadings:  #53 Notice of Hearing**
**#62 Debtor's Response**
**#72 Proceeding Memo dated 7/15/2021**
**#80 Motion to Continue Hearing**
**#84 Order Granting Motion to Continue hearing until 11/10/2021**

**Judge's Notes:**

**Outcome:  Hearing Held.  Consent Order to be filed by 12/17/2021. If Consent Order cannot be**
**filed by 12/17/2021, a Status Report is to be filed with the Court.**

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
11/10/21 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA