IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John E. Wade, ) | Bankruptcy No. 19-24159-CMB |
| ) | Chapter 13 |
| Debtor ) | Docket No. |
| ) | |
| Steidl & Steinberg, P.C. ) | |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | re doc. #95 |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondent | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit this ___22nd___ day of ___Februar___, 2022, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Interim compensation is approved in the additional amount of $1,000.00 for work performed in the Chapter 13 case by Applicant from September 10, 2019 to February 21, 2022 for work totaling 27.5 hours as follows:

    1. Kenneth Steidl, Partner - 0.0 hours @ $350.00/hour = $0.00
    2. Kenneth M. Steinberg, Partner - 0.0 hours @ $350.00/hour = $0.00
    3. Julie Frazee Steidl, Partner - 0.6 hours @ $350.00/hour = $210.00
    4. Christopher M. Frye, Partner - 0.3 hours @ $300/hour = $90.00
    5. Lauren M. Lamb, Partner - 6.0 hours @ $300.00/hour = $1,800.00
    6. Abagale Steidl, Associate - 2.1 hours @ $350.00/hour = $525.00
    7. Paralegals - 18.5 hours @ $150.00/hour = $2,775.00

2. Debtor paid Applicant $500.00 for administrative costs and expenses prior to case filing. This amount included the Court filing fee of $310.00. Expense reimbursement of $0.00 is being requested at this time.

3. While the actual fees incurred in excess of the $4,000.00 "no look fee" total $1,400.00, in light of Debtor's circumstances, the fees paid by Respondent at this time will total $4,400.00, which is composed of:

   1. The remaining "no look fee" in the amount of $3,400.00; and
   2. $1,000.00 in additional fees included in the confirmed Chapter 13 Plan dated August 24, 2021.

A retainer of $600.00 was paid directly by Debtor to Applicant prior to filing and is not included in the above calculations. Applicant reserves the right to request additional fees earned, but not requested, as of the date of this Order in a future Application for Compensation or Consent Order of Court regarding the same.

0. This Order shall be served on the mailing matrix, with objections to be filed within 14 days.

1. Any party-in-interest may file a written objection(s) to the entry of this Order on or before __3/4/2022__. If any objection(s) is filed on or before __3/4/2022__, a hearing will be set. If no objection(s) is filed on or before __3/4/2022__, the Order shall become final effective __3/5/2022__. Applicant shall serve a copy of the within Order on all parties-in-interest and the mailing matrix and file a Certificate of Service with the Court.

_____ dmk
Honorable Carlota M. Böhm
United States Bankruptcy Judge

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Trustee
Chapter 13 Trustee

FILED
2/22/22 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor