IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade, | ) | Bankruptcy No. 19-24159-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Docket No. 96 |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondent | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 23, 2022, a true and correct copy of the *Consent Order of Court dated February 22, 2022* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.


Date of Service: February 23, 2022        /s/ Lauren M. Lamb
                                           Lauren M. Lamb, Esquire
                                           Attorney for the Debtor

                                           STEIDL & STEINBERG
                                           Suite 2830, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           llamb@steidl-steinberg.com
                                           PA I.D. No. 209201

```
Label Matrix for local noticing          Affiliate Asset Solutions                 Allegheny Clinic Radiology
0315-2                                   145 Technology Parkway NW Suite 100       PO Box 1198
Case 19-24159-CMB                        Norcross, GA 30092-3536                   Somerset, PA 15501-0336
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Feb 23 12:41:32 EST 2022

Allegheny Health Network                 American Web Loan                         (p)ATLAS ACQUISITIONS LCC
PO Box 645266                            3910 W. 6th Avenue                        492C CEDAR LANE SUITE 442
Pittsburgh, PA 15264-5250                Box 277                                   TEANECK NJ 07666-1713
                                         Stillwater, OK 74074-1745


Kevin M Buttery                          Capital One                               Capital One
RAS Crane                                Attn: Bankruptcy                          Po Box 30281
10700 Abbotts Bridge Road                Po Box 30285                              Salt Lake City, UT 84130-0281
Suite 170                                Salt Lake City, UT 84130-0285
Duluth, GA 30097-8461


Jennifer L. Cerce                        Credit One Bank                           Credit One Bank
Maiello Brungo & Maiello                 Attn: Bankruptcy Department               Po Box 98872
Southside Works                          Po Box 98873                              Las Vegas, NV 89193-8872
424 S. 27th Street, Ste 210              Las Vegas, NV 89193-8873
Pittsburgh, PA 15203-2380


(p)BERNSTEIN LAW FIRM                    Duquesne Light Company                    ERC/Enhanced Recovery Corp
707 GRANT ST                             c/o Bernstein-Burkley, P.C.               Attn: Bankruptcy
STE 2200 GULF TOWER                      707 Grant Street, Suite 2200, Gulf Tower  8014 Bayberry Road
PITTSBURGH PA 15219-1900                 Pittsburgh, PA 15219-1945                 Jacksonville, FL 32256-7412


ERC/Enhanced Recovery Corp               Keri P. Ebeck                             Eos Cca
Po Box 57547                             Bernstein-Burkley                         Attn: Bankruptcy
Jacksonville, FL 32241-7547              601 Grant Street, 9th Floor               700 Longwater Dr
                                         Pittsburgh, PA 15219-4430                 Norwell, MA 02061-1624


Eos Cca                                  Escallate LLC                             Fingerhut
Po Box 981008                            PO Box 645425                             6250 Ridgewood Road
Boston, MA 02298-1008                    Cincinnati, OH 45264-5425                 Saint Cloud, MN 56303-0820


(p)JEFFERSON CAPITAL SYSTEMS LLC         First Progress                            First Progress
PO BOX 7999                              Attn: Bankruptcy                          P.o. Box  84010
SAINT CLOUD MN 56302-7999                Po Box 9053                               Columbus, GA 31908-4010
                                         Johnson City, TN 37615-9053


Huntington Natl Bk                       Huntington Natl Bk                        KML Law Group
Attn: Bankruptcy                         Po Box 1558                               Suite 500
P.O. Box 340996                          Columbus, OH 43216-1558                   701 Market Street
Columbus, OH 43234-0996                                                            Philadelphia, PA 19106-1541


KML Law Group                            LVNV Funding, LLC                         Lauren M. Lamb
Suite 5000 - BNY Mellon                  Resurgent Capital Services                Steidl & Steinberg
701 Market Street                        PO Box 10587                              707 Grant Street
Philadelphia, PA 19106-1541              Greenville, SC 29603-0587                 28th Floor - Gulf Tower
                                                                                   Pittsburgh, PA 15219-1908
```

| | | |
|---|---|---|
| Maiello Brungo & Maiello Attorney at Law<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 | Midland Funding LLC<br>Po Box 2011<br>Warren MI 48090-2011 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9096 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PERITUS PORTFOLIO SERVICES II<br>PO BOX 141419<br>IRVING, TX  75014-1419 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 | Penn Hills School District<br>Berkheimer Tax Administrator<br>50 N. Seventh Street<br>Bangor, PA 18013-1731 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | People's Gas<br>375 North Shore Drive<br>Bankruptcy Department<br>Pittsburgh, PA 15212-5866 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pine Account<br>5171 Liberty Avenue<br>Pittsburgh, PA 15224-2254 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 889424<br>CLEVELAND, OH 44101-8539 |
| Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 |
| Transworld Systems, Inc.<br>500 Virginia Drive Suite 514<br>Fort Washington, PA 19034-2733 | Van Ru Credit Corp.<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 | John E. Wade<br>8976 Eastwood Road<br>Pittsburgh, PA 15235-1401 |
| S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Westlake - C/O Peritus Portfolio Services<br>P.O. Box 141419<br>Irving, TX 75014-1419 | Westlake Financial Services<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3847 |

Westlake Financial Services
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Boulevard
Pittsburgh, PA 15221-1193

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097-8461

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Duquesne Light
PO Box 10
Pittsburgh, PA 15230

Fingerhut
Attn: Bankruptcy
Po Box 1250
Saint Cloud, MN 56395

(d)Pendrick Capital Partners, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX  75014-1419

Portfolio Recovery
120 Corporate Blvd Ste 100
Norfolk, VA 23502

(d)Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

State Collection Services, Inc.
PO Box 6250
Madison, WI 53716

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)Mdg Us Inc/capital Com

(u)New Residential Mortgage Loan Trust 2018-1

(d)Penn Hills School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

End of Label Matrix
Mailable recipients    63
Bypassed recipients     4
Total                  67