IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John E. Wade, ) | Bankruptcy No. 19-24159-CMB |
| ) | Chapter 13 |
| Debtor ) | Docket No. |
| ) | |
| Steidl & Steinberg, P.C. ) | |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | re doc. #95 |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondent | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit this ___22nd___ day of ___Februar___, 2022, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Interim compensation is approved in the additional amount of $1,000.00 for work performed in the Chapter 13 case by Applicant from September 10, 2019 to February 21, 2022 for work totaling 27.5 hours as follows:

    1. Kenneth Steidl, Partner - 0.0 hours @ $350.00/hour = $0.00
    2. Kenneth M. Steinberg, Partner - 0.0 hours @ $350.00/hour = $0.00
    3. Julie Frazee Steidl, Partner - 0.6 hours @ $350.00/hour = $210.00
    4. Christopher M. Frye, Partner - 0.3 hours @ $300/hour = $90.00
    5. Lauren M. Lamb, Partner - 6.0 hours @ $300.00/hour = $1,800.00
    6. Abagale Steidl, Associate - 2.1 hours @ $350.00/hour = $525.00
    7. Paralegals - 18.5 hours @ $150.00/hour = $2,775.00

2. Debtor paid Applicant $500.00 for administrative costs and expenses prior to case filing. This amount included the Court filing fee of $310.00. Expense reimbursement of $0.00 is being requested at this time.

3. While the actual fees incurred in excess of the $4,000.00 "no look fee" total $1,400.00, in light of Debtor's circumstances, the fees paid by Respondent at this time will total $4,400.00, which is composed of:

   1. The remaining "no look fee" in the amount of $3,400.00; and
   2. $1,000.00 in additional fees included in the confirmed Chapter 13 Plan dated August 24, 2021.

A retainer of $600.00 was paid directly by Debtor to Applicant prior to filing and is not included in the above calculations. Applicant reserves the right to request additional fees earned, but not requested, as of the date of this Order in a future Application for Compensation or Consent Order of Court regarding the same.

0. This Order shall be served on the mailing matrix, with objections to be filed within 14 days.

1. Any party-in-interest may file a written objection(s) to the entry of this Order on or before __3/4/2022__. If any objection(s) is filed on or before __3/4/2022__, a hearing will be set. If no objection(s) is filed on or before __3/4/2022__, the Order shall become final effective __3/5/2022__. Applicant shall serve a copy of the within Order on all parties-in-interest and the mailing matrix and file a Certificate of Service with the Court.

_____ dmk
Honorable Carlota M. Böhm
United States Bankruptcy Judge

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Trustee
Chapter 13 Trustee

FILED
2/22/22 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

Case 19-24159-CMB    Doc 98    Filed 02/24/22    Entered 02/25/22 00:29:58    Desc Imaged
Certificate of Notice    Page 3 of 5

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24159-CMB |
| John E. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 cwohlrab@raslg.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com |
| Lauren M. Lamb | on behalf of Debtor John E. Wade |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Feb 22, 2022     Form ID: pdf900     Total Noticed: 1

julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10