IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-24159 CMB |
| | ) | |
| **John E. Wade** | ) | Chapter 13 |
| | ) | |
| **Debtor(s).** | ) | |
| _____X | | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
STIPULATED ORDER MODIFYING PLAN**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Stipulated Order Modifying Plan filed on None. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

  An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☑ No other order has been filed pertaining to the subject matter of this agreement.

  The attached document does not require a proposed order.

Dated: April 7, 2022        By: _/s/ Lauren M. Lamb_____
                  Signature

                _Lauren M. Lamb_____
                Typed Name

                707 Grant Street, Suite 2830, Pittsburgh, Pa 15219
                Address

                412-391-8000_____
                Phone No.

                PA I.D. 209201_____
                List Bar I.D. and State of Admission