**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 19-24159 CMB** |
| | ) | |
| **John E. Wade** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |
| | X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑      a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by: Debtor in order to provide funding for Peoples Gas.

❑      a motion to lift stay
as to creditor   _____

❑      Other:     _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____

☒Amended Chapter 13 Plan dated August 24, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒      Debtor(s) Plan payments shall be changed from $1556.000 to $1701.00 effective April 2022.      .

❑      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a  failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑      Debtor(s) shall file and serve _____ on or before _____.

❑      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other:

1. The post-petition utility claim of Peoples Natural Gas Co., LLC shall be paid as a priority administrative claim at $107.00 per month effective May 2022 for account number ending in 6955 as per the Order of Court dated April 4, 2022.

2. Attorneys fees have an increased an additional $1,000.00 with a total of $5,400.00 to be paid under the Chapter 13 Plan. Additional  fees will be sought through a fee application to be filed and approved before any  additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the  amounts required to be paid under this plan to holders of allowed unsecured claims.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___8th___ day of ___April___, 202_2_

Dated: ___4/8/2022___

_(signature)_ dmk
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Lauren M. Lamb                      /s/ Owen Katz
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
4/8/22 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA