# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-24159 CMB |
| | ) | |
| John E. Wade | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by: Debtor in order to provide funding for Peoples Gas.

❑    a motion to lift stay
      as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____

☒ Amended Chapter 13 Plan dated August 24, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $1556.000 to $1701.00 effective April 2022.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

1. The post-petition utility claim of Peoples Natural Gas Co., LLC shall be paid as a priority administrative claim at $107.00 per month effective May 2022 for account number ending in 6955 as per the Order of Court dated April 4, 2022.

2. Attorneys fees have an increased an additional $1,000.00 with a total of $5,400.00 to be paid under the Chapter 13 Plan. Additional fees will be sought through a fee application to be filed and approved before any additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the amounts required to be paid under this plan to holders of allowed unsecured claims.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this \_\_8th\_\_ day of \_\_April\_\_, 202\_2\_

Dated: \_\_4/8/2022\_\_

*Carlota M. Böhm* dmk
United States Bankruptcy Judge

Stipulated by:

/s/ Lauren M. Lamb
Counsel to Debtor

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

cc: All Parties in Interest to be served by Clerk

FILED
4/8/22 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24159-CMB
John E. Wade     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 08, 2022     Form ID: pdf900     Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |
| 15146062 | #+ | Affiliate Asset Solutions, 145 Technology Parkway NW Suite 100, Norcross, GA 30092-3536 |
| 15146063 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15146064 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15146065 | + | American Web Loan, 3910 W. 6th Avenue, Box 277, Stillwater, OK 74074-1745 |
| 15146072 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15146071 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15146075 | + | Escallate LLC, PO Box 645425, Cincinnati, OH 45264-5425 |
| 15146082 | + | KML Law Group, Suite 500, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15146083 | + | KML Law Group, Suite 5000 - BNY Mellon, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15146084 | + | Maiello Brungo & Maiello Attorney at Law, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15157980 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15146088 | + | Penn Hills School District, Berkheimer Tax Administrator, 50 N. Seventh Street, Bangor, PA 18013-1731 |
| 15146089 | + | People's Gas, 375 North Shore Drive, Bankruptcy Department, Pittsburgh, PA 15212-5866 |
| 15146090 | + | Pine Account, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 15155147 | | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15146097 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15146096 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15146099 | + | Van Ru Credit Corp., 4839 N. Elston Ave., Chicago, IL 60630-2534 |
| 15146102 | | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 23:26:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 08 2022 23:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bankruptcy@huntington.com | Apr 08 2022 23:25:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15172110 | | Email/Text: bnc@atlasacq.com | Apr 08 2022 23:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15146070 | | Email/Text: kburkley@bernsteinlaw.com | Apr 08 2022 23:26:00 | Duquesne Light, PO Box 10, Pittsburgh, PA 15230 |
| 15146067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:26:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 15146066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:26:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15146069 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 23:26:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15146068 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 23:26:14 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15176053 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 08 2022 23:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15146074 | + | Email/Text: bknotice@ercbpo.com | Apr 08 2022 23:26:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15146073 | + | Email/Text: bknotice@ercbpo.com | Apr 08 2022 23:26:00 | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15146076 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 08 2022 23:26:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15146079 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Apr 08 2022 23:25:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15146080 | + | Email/Text: bankruptcy@huntington.com | Apr 08 2022 23:25:00 | Huntington Natl Bk, Po Box 1558, Columbus, OH 43216-1558 |
| 15146081 | + | Email/Text: bankruptcy@huntington.com | Apr 08 2022 23:25:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15146077 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 08 2022 23:26:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15176613 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:26:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15177020 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 23:26:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15146086 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2022 23:25:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15146087 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2022 23:25:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15167900 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2022 23:25:00 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15163154 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 08 2022 23:26:00 | PERITUS PORTFOLIO SERVICES II, PO BOX 141419, IRVING, TX 75014-1419 |
| 15170071 | | Email/Text: perituspendrick@peritusservices.com | Apr 08 2022 23:25:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15146091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:26:14 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15146093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:26:19 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15167814 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:26:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15146095 | | Email/Text: amieg@stcol.com | Apr 08 2022 23:25:00 | State Collection Services, Inc., PO Box 6250, Madison, WI 53716 |
| 15146973 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 23:26:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15146096 | + | Email/Text: bncmail@w-legal.com | Apr 08 2022 23:25:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |

| Recip ID | Bypass | Email/Method | Date | Name and Address |
|---|---|---|---|---|
| 15146097 | + | Email/Text: bncmail@w-legal.com | Apr 08 2022 23:25:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15146098 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 08 2022 23:26:00 | Transworld Systems, Inc., 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 15179036 | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 08 2022 23:26:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 15146101 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 08 2022 23:26:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 15146100 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 08 2022 23:26:00 | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage Loan Trust 2018-1 |
| 15146085 | | Mdg Us Inc/capital Com |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15146092 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15146094 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15146078 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 cwohlrab@raslg.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 53

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Kevin M Buttery
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com

Lauren M. Lamb
    on behalf of Debtor John E. Wade
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   PNGbankruptcy@peoples-gas.com

TOTAL: 11