**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOHN E. WADE

                Case No. 19-24159CMB

          Debtor(s)             Chapter 13

    Ronda J. Winnecour        Document No.____

          Movant

      vs.

    NEW RESIDENTIAL MORTGAGE LOAN TRUST
2018-1

         Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

        Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

        The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 34
Court Claim Number - 5

                      /s/   Ronda J. Winnecour

    6/10/2024               RONDA J WINNECOUR PA ID #30399
                        CHAPTER 13 TRUSTEE WD PA
                        600 GRANT STREET
                        SUITE 3250 US STEEL TWR
                        PITTSBURGH, PA  15219
                        (412) 471-5566
                        cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN E. WADE

|  |  |
|---|---|
| Debtor(s) | Case No.:19-24159CMB |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No.____ |
| Movant |  |
| vs. |  |
| NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1 |  |
| Respondent(s) |  |

### CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

JOHN E. WADE, 8976 EASTWOOD ROAD, PITTSBURGH, PA  15235

LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219

NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1, C/O NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741

KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

06/10/2024

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com