**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/30/2024

IN RE:

JOHN E. WADE
8976 EASTWOOD ROAD
PITTSBURGH, PA 15235
XXX-XX-9091        Debtor(s)

Case No. 19-24159 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/30/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK\*\*** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: 3514 |
| **BERNSTEIN BURKLEY PC** <br> 601 GRANT ST - 9TH FL <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LOAN TRUST 20** <br> C/O NATIONSTAR MORTGAGE LLC(\*) <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 0.00 <br> COMMENT: RS/OE~STAYED\*622/PL\*DKT4PMT-LMT\*BGN 11/19 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 6945 |
| **WESTLAKE FINANCIAL SERVICES\*\*** <br> C/O PERITUS PORTFOLIO SERVICES - SERVICE <br> PO BOX 141419 <br> IRVING, TX  75014-1419 | Trustee Claim Number: 4   INT %: 6.00% <br> Court Claim Number: 12 <br> CLAIM: 8,686.33 <br> COMMENT: $CL-PL@6%/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 8594 |
| **KML LAW GROUP PC\*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PENN HILLS SD (PENN HILLS) (EIT)\*\*** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 1,142.33 <br> COMMENT: CL2GOV\*08,10-11/CL\*3998.14@0%TTL/PL\*NO TAX YRS/PL\*W/33 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 9091 |
| **PENDRICK CAPITAL PARTNERS LLC** <br> C/O PERITUS PORTFOLIO SERVICES II LLC <br> PO BOX 141419 <br> IRVING, TX  75014-1419 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 149.79 <br> COMMENT: X4384/SCH\*EMP OF ALLEGHENY COUNTY LLC\*MEDICAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8953 |
| **ALLEGHENY CLINIC RADIOLOGY** <br> PO BOX 1198 <br> SOMERSET, PA  15501 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2319 |
| **ALLEGHENY HEALTH NETWORK** <br> PO BOX 645266 <br> PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1102 |
| **AMERICAN WEB LOAN++** <br> 2128 N 14TH ST STE 1 130 <br> PONCA CITY, OK  74601 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8825 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE\*\*** 6125 LAKEVIEW RD STE 800 CHARLOTTE, NC 28269 | Trustee Claim Number:11 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0173 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:12 INT %: 0.00% Court Claim Number:10 | CLAIM: 125.71 COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1512 |
| **DUQUESNE LIGHT COMPANY(\*)** ATTN. LITIGATION COUNSEL 411 SEVENTH AVE MAIL DROP 16-1 PITTSBURGH, PA 15219 | Trustee Claim Number:13 INT %: 0.00% Court Claim Number:9 | CLAIM: 2,665.53 COMMENT: X0000/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4474 |
| **EOS CCA** CORP HEADQUARTERS 700 LONGWATER DR NORWELL, MA 02061 | Trustee Claim Number:14 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~VERIZON/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3051 |
| **ERC** PO BOX 57547 JACKSONVILLE, FL 32241 | Trustee Claim Number:15 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: SPRINT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1666 |
| **ESCALLATE LLC++** 5200 STONEHAM RD STE 200 NORTH CANTON, OH 44720 | Trustee Claim Number:16 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8696 |
| **FINGERHUT** 6250 RIDGEWOOD ROAD SAINT CLOUD, MN 56303 | Trustee Claim Number:17 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3377 |
| **FIRST PROGRESS** PO BOX 9053 JOHNSON CITY, TN 37615 | Trustee Claim Number:18 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9131 |
| **HUNTINGTON NATIONAL BANK(\*)** 5555 CLEVELAND AVE - GW1N10 COLUMBUS, OH 43231 | Trustee Claim Number:19 INT %: 0.00% Court Claim Number:1 | CLAIM: 0.00 COMMENT: REPOED AUTO/SCH\*CL 1@5695.75 W/D-DOC 20 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5299 |
| **CREDITOR INFORMATION MISSING OR VAGUE** NEED VERIFICATION | Trustee Claim Number:20 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: ND ADR~MDG US INC~CPTL COM/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3372 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5840 |
| **PINE ACCOUNT** <br> 5171 LIBERTY AVE <br> PITTSBURGH, PA  15224 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3750 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 0.00 <br> COMMENT: STRICKEN/OE*COMENITY BANK*MARATHON*578.81/CL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1650 |
| **PRA AG FUNDING LLC** <br> C/O PORTFOLIO RECOVERY ASSOC <br> 120 CORPORATE BLVD STE 100 <br> NORFOLK, VA  23502 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: HSBC BANK/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9455 |
| **STATE COLLECTION SERVICE INC** <br> 2509 S STOUGHTON RD <br> PO BOX 6250 <br> MADISON, WI  53701 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9660 |
| **TARGET** <br> PO BOX 660170 <br> DALLAS, TX  75266 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9075 |
| **WILKINSBURG-PENN JT WATER AUTH** <br> 2200 ROBINSON BLVD <br> PITTSBURGH, PA  15221 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6648 |
| **VAN RU CREDIT CORP++** <br> 150 S SUNNYSLOPE RD STE 108 <br> BROOKFIELD, WI  53005 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** <br> 13010 MORRIS RD SUITE 450 <br> ALPHARETTA, GA  30004 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NEW RESIDENTIAL/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF MID** <br> 492C CEDAR LN STE 442 <br> TEANECK, NJ  07666 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 346.77 <br> COMMENT: NT/SCH*JTM CAPITAL MNGMNT LLC | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3242 |

| Creditor | Trustee Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF FLEX**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,511.12<br>COMMENT: NT/SCH*UHG I LLC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: bfa7 |
| **PERITUS PORTFOLIO SERVICES II LLC**<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,325.66<br>COMMENT: NT/SCH*FNB*DEFICIENCY CL ~CO BORROWER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9726 |
| **PENN HILLS MUNICIPALITY (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,855.81<br>COMMENT: CL2GOV*3998.14@0%TTL/PL*08,10-11*W/6 | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9091 |
| **NEW RESIDENTIAL MORTGAGE LOAN TRUST 20**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 17,383.77<br>COMMENT: RS/OE~STAYED*$CL-PL*THRU 10/19 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6945 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,742.75<br>COMMENT: AVD/OE*WEBBANK*CV 206-2015 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4752 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/OE-STIP OE*BGN 5/22 DISB*DKT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6955 |