IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-24159-CMB |
| John E. Wade | Chapter 13 |
| Debtor(s) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | |
| Movant(s) | |
| vs. | |
| John E. Wade | |
| Respondent(s) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **November 19, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Case 19-24159-CMB Doc 125 Filed 10/25/24 Entered 10/25/24 09:08:34 Desc Main Document Page 2 of 2

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **November 12, 2024.**

| | |
|---|---|
| <u>10/25/24</u><br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24159-CMB |
| John E. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin M Buttery | |

District/off: 0315-2　　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 25, 2024　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　　　Total Noticed: 1

　　　　　　　　　　　　　　　on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com

Lauren M. Lamb
　　　　　　　　　　　　　　　on behalf of Debtor John E. Wade
　　　　　　　　　　　　　　　julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
　　　　　　　　　　　　　　　rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maria Miksich
　　　　　　　　　　　　　　　on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 mmiksich@kmllawgroup.com

Office of the United States Trustee
　　　　　　　　　　　　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

S. James Wallace
　　　　　　　　　　　　　　　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 11