IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade, | ) | Bankruptcy No. 19-24159-CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 129-130 |
| John E. Wade, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | April 2, 2025 at 1:30PM |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Affiliate Asset Solutions, Allegheny Clinic Radiology, Allegheny Health Network, American Web Loans, Atlas Acquisitions LLC, Capital One, Credit One Bank, Duquesne Light Company, ERC/Enhanced Recovery Corp, Eos Cca, Escallate LLC, Fingerhut, Jefferson Capital Systems LLC, First Progress, Huntington National Bank, LVNV Funding, LLC, Midland Funding LLC, Mr. Cooper, New Residential Mortgage Loan Trust 2018-1, Peritus Portfolio Services II, PRA Receivables Management, LLC, Penn Hills School District, Pennsylvania Department of Revenue, Peoples Natural Gas Company LLC, Pine Account, Portfolio Recovery Associates LLC, State Collection Service Inc., Synchrony Bank, Target, Transworld Systems, Inc., Van Ru Credit Corp., Westlake Financial Services, Wilkinsburg-Penn Joint Water Authority, | ) | |
|     Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL ON FINAL BASIS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation by Debtor's Counsel on Final Basis filed on February 24, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation by Debtor's Counsel on Final Basis appears thereon.

Pursuant to the Notice of Hearing, objections for Application for Compensation by Debtor's Counsel on Final Basis were to be filed and served no later than March 13, 2025.

    It is hereby respectfully requested that the Order attached to the Application for Compensation by Debtor's Counsel on Final Basis be entered by the Court.

                                  Respectfully submitted,

<u>March 14, 2025</u>                           <u>/s/Lauren M. Lamb</u>
Date:                                   Lauren M. Lamb, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        436 Seventh Avenue
                                        Suite 322, Koppers Building
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        PA I. D. No. 209201
                                        llamb@steidl-steinberg.com