IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade, | ) | Bankruptcy No. 19-24159-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No. 129 |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | **ENTERED BY DEFAULT** |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Affiliate Asset Solutions, Allegheny Clinic Radiology, Allegheny Health Network, American Web Loans, Atlas Acquisitions LLC, Capital One, Credit One Bank, Duquesne Light Company, ERC/Enhanced Recovery Corp, Eos Cca, Escallate LLC, Fingerhut, Jefferson Capital Systems LLC, First Progress, Huntington National Bank, LVNV Funding, LLC, Midland Funding LLC, Mr. Cooper, New Residential Mortgage Loan Trust 2018-1, Peritus Portfolio Services II, PRA Receivables Management, LLC, Penn Hills School District, Pennsylvania Department of Revenue, Peoples Natural Gas Company LLC, Pine Account, Portfolio Recovery Associates LLC, State Collection Service Inc., Synchrony Bank, Target, Transworld Systems, Inc., Van Ru Credit Corp., Westlake Financial Services, Wilkinsburg-Penn Joint Water Authority, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this ___14th___ day of ___March___, 2025, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $3,680.00 for work performed in the Chapter 13 case by Debtor's counsel from February 22, 2022 to February 24, 2025.

2) The Debtor paid his counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing, has been paid $3,400.00 by the Chapter 13 Trustee for the remainder of the no-look fee and was previously approved for an additional $1,000.00 in compensation for the period from September 10, 2019 through February 21, 2022 by Order of Court dated February 22, 2022 at Docket No. 96. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $8,680.00, provided, however, the total to be paid through the Plan by the Trustee is $8,080.00, representing the above-referenced fees, and an additional $3,680.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the Plan are achieved but before a Debtor refund is issued.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) The clerk shall record the total compensation as $8,680.00, provided only $8,080.00 is to be paid through the Trustee under the Plan.

IT IS SO ORDERED:

/s/ Carlota M. Böhm    glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
3/14/25 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24159-CMB |
| John E. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 16, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin M Buttery | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com

Lauren M. Lamb

        on behalf of Debtor John E. Wade
        julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
        rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich

        on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 mmiksich@kmllawgroup.com

Office of the United States Trustee

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11