**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN E. WADE<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:19-24159<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/25/2019 and confirmed on 8/24/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,542.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,542.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,316.23 | |
|   Trustee Fee | 4,135.41 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,451.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LOAN TR | 0.00 | 39,569.02 | 0.00 | 39,569.02 |
|     Acct: 6945 | | | | |
|   NEW RESIDENTIAL MORTGAGE LOAN TR | 17,383.77 | 17,383.77 | 0.00 | 17,383.77 |
|     Acct: 6945 | | | | |
|   WESTLAKE FINANCIAL SERVICES** | 8,686.33 | 8,686.33 | 1,029.10 | 9,715.43 |
|     Acct: 8594 | | | | |
| | | | | 66,668.22 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. WADE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXX1/22 | | | | |
|   STEIDL & STEINBERG PC | 2,916.23 | 2,916.23 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-25 | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 1,142.33 | 1,142.33 | 0.00 | 1,142.33 |
|     Acct: 9091 | | | | |
|   PENN HILLS MUNICIPALITY (EIT)** | 2,855.81 | 2,855.81 | 0.00 | 2,855.81 |
|     Acct: 9091 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,424.00 | 0.00 | 3,424.00 |
|     Acct: 6955 | | | | |
| | | | | 7,422.14 |
| **Unsecured** | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 149.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 8953 | | | | |
|   ALLEGHENY CLINIC RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2319 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1102 | | | | |
|   AMERICAN WEB LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 8825 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0173 | | | | |
| | LVNV FUNDING LLC | 125.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 1512 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 2,665.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 4474 | | | | |
| | EOS CCA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3051 | | | | |
| | ERC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1666 | | | | |
| | ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8696 | | | | |
| | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3377 | | | | |
| | FIRST PROGRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9131 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5299 | | | | |
| | CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3372 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5840 | | | | |
| | PINE ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3750 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1650 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9455 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9660 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9075 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6648 | | | | |
| | ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 346.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 3242 | | | | |
| | ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 2,511.12 | 0.00 | 0.00 | 0.00 |
| | Acct: bfa7 | | | | |
| | PERITUS PORTFOLIO SERVICES II LLC | 4,325.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 9726 | | | | |
| | MIDLAND FUNDING LLC | 1,742.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 4752 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3514 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VAN RU CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                    74,090.36

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 3,998.14 |
| SECURED | 26,070.10 |
| UNSECURED | 11,867.33 |

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN E. WADE

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:19-24159

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John E. Wade  
    Debtor

Case No. 19-24159-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Mar 27, 2025      Form ID: pdf900      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E. Wade, 8976 Eastwood Road, Pittsburgh, PA 15235-1401 |
| 15146063 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15146074 | + | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15146075 | + | Escallate LLC, PO Box 645425, Cincinnati, OH 45264-5425 |
| 15146079 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15146084 | + | Maiello Brungo & Maiello Attorney at Law, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15146088 | + | Penn Hills School District, Berkheimer Tax Administrator, 50 N. Seventh Street, Bangor, PA 18013-1731 |
| 15146089 | + | People's Gas, 375 North Shore Drive, Bankruptcy Department, Pittsburgh, PA 15212-5866 |
| 15146090 | + | Pine Account, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 15146102 | | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:27:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bankruptcy@huntington.com | Mar 28 2025 00:13:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15172110 | | Email/Text: bnc@atlasacq.com | Mar 28 2025 00:12:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15146062 | ^ | MEBN | Mar 28 2025 00:07:33 | Affiliate Asset Solutions, 145 Technology Parkway NW Suite 100, Norcross, GA 30092-3536 |
| 15146064 | ^ | MEBN | Mar 28 2025 00:08:21 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15146065 | + | Email/Text: ebn@americanwebloan.com | Mar 28 2025 00:14:00 | American Web Loan, 3910 W. 6th Avenue, Box 277, Stillwater, OK 74074-1745 |
| 15146070 | | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2025 00:14:00 | Duquesne Light, PO Box 10, Pittsburgh, PA 15230 |
| 15146067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:17:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15146066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:15:55 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

| District/off: 0315-2 | User: auto | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 15146069 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:16:34 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15146068 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2025 00:27:57 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15176053 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2025 00:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15146072 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 28 2025 00:14:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15146071 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 28 2025 00:14:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15146076 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2025 00:14:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15146080 | + | Email/Text: bankruptcy@huntington.com | Mar 28 2025 00:13:00 | Huntington Natl Bk, Po Box 1558, Columbus, OH 43216-1558 |
| 15146081 | + | Email/Text: bankruptcy@huntington.com | Mar 28 2025 00:13:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15146077 | | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2025 00:14:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15146082 | ^ | MEBN | Mar 28 2025 00:08:25 | KML Law Group, Suite 500, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15146083 | ^ | MEBN | Mar 28 2025 00:08:24 | KML Law Group, Suite 5000 - BNY Mellon, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15176613 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:16:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15177020 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2025 00:14:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15146086 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15146087 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15167900 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2025 00:13:00 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-1, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 15163154 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 28 2025 00:14:00 | PERITUS PORTFOLIO SERVICES II, PO BOX 141419, IRVING, TX 75014-1419 |
| 15170071 | | Email/Text: perituspendrick@peritusservices.com | Mar 28 2025 00:12:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15146091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:30 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15146093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:27:58 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15167814 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15157980 | + | Email/Text: jlc@mbm-law.net | Mar 28 2025 00:13:55 | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15146095 | | Email/Text: amieg@stcol.com | Mar 28 2025 00:12:00 | State Collection Services, Inc., PO Box 6250, Madison, WI 53716 |
| 15146973 | ^ | MEBN | Mar 28 2025 00:09:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15155147 | | Email/Text: bankruptcy@huntington.com | Mar 28 2025 00:13:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 23541-1021 |
| 15146096 | + | Email/Text: bncmail@w-legal.com | Mar 28 2025 00:13:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15146097 | + | Email/Text: bncmail@w-legal.com | Mar 28 2025 00:13:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15146098 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 28 2025 00:14:00 | Transworld Systems, Inc., 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 15146099 | ^ | MEBN | Mar 28 2025 00:08:57 | Van Ru Credit Corp., 4839 N. Elston Ave., Chicago, IL 60630-2534 |
| 15179036 | + | Email/Text: peritus@ebn.phinsolutions.com | Mar 28 2025 00:14:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 15146101 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 28 2025 00:14:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 15146100 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 28 2025 00:14:00 | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage Loan Trust 2018-1 |
| 15146085 | | Mdg Us Inc/capital Com |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15146092 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15146094 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15146073 | ##+ | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15146078 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 2 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 52 |

    on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin M Buttery
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 kbuttery@rascrane.com

Lauren M. Lamb
    on behalf of Debtor John E. Wade
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11