IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-24159-CMB |
| John E. Wade (deceased), | ) | Chapter 13 |
| *Debtor* | ) | |
| | ) | |
| John E. Wade (deceased), | ) | Related Docket No. 139 |
| *Movant* | ) | |
| | ) | |
| vs. | ) | EXHIBIT "A" |
| | ) | |
| *No Respondents* | ) | |

## LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

### Certification of Death

Disposition Permit Number: E001801
State File Number: 302123-2025

Decedent's Legal Name: John Edward Wade Sr.
Date of Death: January 05, 2025

Alias: Not Applicable
Social Security Number: [redacted]
Sex: Male

Age: 50 Years
Date of Birth: [redacted]
Birthplace: Pittsburgh, Pennsylvania
Ever in US Armed Forces: No
Marital Status at Time of Death: Married

Residence Address: 8976 Eastwood Rd
Pittsburgh, Pennsylvania 15235-1401
Residence County: Allegheny

PART I. Cause of Death:
Immediate Cause → a. [redacted]
b. [redacted]
c. [redacted]
d. [redacted]

Approximate Interval: [redacted]

Date Filed: January 14, 2025

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

Local Registrar: [signature]
Date Issued: JAN 15, 2025

Lisa A. Hasselbrook
State Registrar

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK

L 921147491

H105.805.1    REV (8/20)