IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade *(deceased)* | ) | Bankruptcy No. 19-24159-CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| John E. Wade *(deceased)* | ) | |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

### **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On April 2, 2025 at docket number 142 this Honorable Court granted the Debtor an exemption from complying with Federal Rule of Bankruptcy Procedure 1007(c). Therefore not needing to file a *Certification of Postpetition Instructional Course in Personal Financial Management*.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor's former Spouse about the statements in this Certification and verified the answers in support of this Certification.

April 3, 2025                            /s/Yvette Morton Wade
Date                                             Yvette Morton Wade on behalf of Decedent Debtor

April 3, 2025                            /s/ Lauren M. Lamb
Date                                             Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue
Suite 322, Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com