IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John E. Wade *(deceased)* | ) | Bankruptcy No. 19-24159-CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| John E. Wade *(deceased)* | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**AMENDED DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On April 2, 2025 at docket number 142 this Honorable Court granted the Debtor an exemption from complying with Federal Rule of Bankruptcy Procedure 1007(c). Therefore not needing to file a *Certification of Postpetition Instructional Course in Personal Financial Management*.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor's former Spouse and former Power of attorney agent prior to passing about the statements in this Certification and verified the answers in support of this Certification.

April 3, 2025                                          /s/ Lauren M. Lamb
Date                                                         Lauren M. Lamb, Esquire
                                                          Attorney for the Debtor
                                                          STEIDL & STEINBERG
                                                          436 Seventh Avenue
                                                          Suite 322, Koppers Building
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          PA I. D. No. 209201
                                                          llamb@steidl-steinberg.com