**Fill in this information to identify the case:**

Debtor 1: John E. Wade

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 19-24159-CMB

---

# Form 4100R
## Response to Notice of Final Cure Payment                                 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** New Residential Mortgage Loan Trust 2018-1

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: ******6945

**Property address:**
8976 Eastwood Rd
Number    Street

Pittsburgh    PA    15235
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $       0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

---

Debtor 1  **John E. Wade**
        First Name    Middle Name    Last Name

Case number *(if known)* 19-24159-CMB

---

**Part 4:  Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:  Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _/s/ Eric Smith_
   Signature

Date  4 / 16 / 2025

Print  **Eric Smith**
      First Name    Middle Name    Last Name

Title  Agent for Creditor

Company  Aldridge Pite, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  Six Piedmont Center 3525 Piedmont Road, N.E. Suite 700
      Number    Street

Atlanta    GA    30305
City       State    ZIP Code

Contact phone  (404) 994 – 7600

Email  esmith@aldridgepite.com

---

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>April 17, 2025</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Lauren M. Lamb |
| Debtor's Counsel Address: | Steidl & Steinberg, P.C. |
| | 436 7th Ave. |
| | Koppers Building |
| | Suite 322 |
| | Pittsburgh, PA 15219 |
| Debtor's Counsel Email: | llamb@steidl-steinberg.com |
| | |
| Debtor 1 Name: | John E. Wade |
| Debtor's Mailing Address: | 8976 Eastwood Road |
| | Pittsburgh, PA 15235 |

                                                      /s/ Ciara M. Pumicpic